United States District Court

Eastern District of California

Michael Stewart,

    Plaintiff,

vs.

D. Runnels, et al.,

    Defendants.

No. Civ. S 03-0149 FCD PAN P

Order

-oOo-

May 19, 2005, plaintiff filed a request for production of documents and numerous sets of interrogatories.

Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250( c). Plaintiff must serve his discovery on defendants.

1  Plaintiff's May 19, 2005, request for production of
2 documents and numerous sets of interrogatories are stricken and
3 the clerk of the court shall make notations thereon to that
4 effect.
5  So ordered.
6  Dated: May 26, 2005.

                                     /s/ Peter A. Nowinski
                                     PETER A. NOWINSKI
                                     Magistrate Judge