United States District Court

Eastern District of California

Michael Stewart,

    Plaintiff,　　　　　　　　　　No. Civ. S 03-0149 FCD PAN P

  vs.　　　　　　　　　　　　　　Order

D. Runnels, et al.,

    Defendants.

-oOo-

    June 29, 2005, defendants requested an extension of time to respond to interrogatories and requests for production. Good cause appearing, defendants' request is granted and defendants' time is extended until July 30, 2005.

    So ordered.

    Dated: July 7, 2005.

                          /s/ Peter A. Nowinski
                          PETER A. NOWINSKI
                          Magistrate Judge