United States District Court

Eastern District of California

Michael Stewart,

    Plaintiff,                  No. Civ. S 03-0149 FCD PAN P

  vs.                          Order

D. Runnels, et al.,

    Defendants.

-oOo-

August 20, 2004, the court directed plaintiff to provide, within 90 days, information for serving process on defendants Baillie and Harlan, informing him that otherwise claims against these defendants would be dismissed without prejudice.  Fed. R. Civ. P. 4(m).  Plaintiff has not responded.

Accordingly, plaintiff shall show cause within 10 days why

///

///

///

1  claims against defendants Baillie and Harlan should not be
2  dismissed.
3       So ordered.
4       Dated:  October 20, 2005.

                                      /s/ Peter A. Nowinski
                                     PETER A. NOWINSKI
                                     Magistrate Judge