United States District Court

Eastern District of California

Michael Stewart,

    Plaintiff,                      No. Civ. S 03-0149 FCD PAN P

  vs.                            Findings and Recommendations

D. Runnels, et al.,

    Defendants.

-oOo-

October 20, 2005, the court ordered plaintiff to show cause why claims against defendants Baillie and Harlan should not be dismissed for his failure timely to serve them with process. Fed. R. Civ. P. 4(m). He did not respond.

Accordingly, the court hereby recommends claims against defendants Baillie and Harlan be dismissed without prejudice.

Pursuant to the provisions of 28 U.S.C. § 636(b)(l), these findings and recommendations are submitted to the United States District Judge assigned to this case. Written objections may be filed within 20 days of service of these findings and

recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge may accept, reject, or modify these findings and recommendations in whole or in part.

Dated:  November 22, 2005.

        /s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge