United States District Court

Eastern District of California

Michael Stewart,

      Plaintiff,                    No. Civ. S 03-0149 FCD PAN P

  vs.                            Order

D. Runnels, et al.,

      Defendants.

-oOo-

August 11, 2005, plaintiff moved to compel discovery. Plaintiff failed to provide copies of the interrogatories and requests for production at issue, or defendants' responses thereto (served July 28, 2005). Plaintiff's motion to compel discovery is denied.

So ordered.

Dated: November 22, 2005.

                                     /s/ Peter A. Nowinski
                                     PETER A. NOWINSKI
                                     Magistrate Judge