United States District Court

Eastern District of California

Michael Stewart,

      Plaintiff,              No. Civ. S 03-0149 FCD PAN P

   vs.                     Order

D. Runnels, et al.,

      Defendants.

-oOo-

    Good cause appearing, defendants' December 21, 2005, motion to extend discovery is granted and discovery is extended to January 13, 2006, for the sole purpose of taking plaintiff's deposition.

    So ordered.

    Dated:  January 6, 2006.

                           /s/ Peter A. Nowinski
                           PETER A. NOWINSKI
                           Magistrate Judge