IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL STEWART,** <br><br> Plaintiff, <br><br> v. <br><br> **D. RUNNELS, et al.,** <br><br> Defendants. | CASE NO. 2:03-CV-0149 FCD PAN P <br><br> **ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

Defendants' request for a second extension of time to file a dispositive motion in this matter was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that:

1. Defendants' April 3, 2006 request for second extension of time is granted; and

2. Defendants have until April 24, 2006, to file a dispositive motion.

Dated: April 7, 2006.

UNITED STATES MAGISTRATE JUDGE

stew0149.ext2