IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STEWART,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>D. RUNNELS, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:03-CV-0149 FCD PAN P<br><br>**ORDER** |

The Court, having considered Defendants' request for an extension of time to prepare and file a response to Plaintiff's request for return of property, and good cause having been found, **IT IS HEREBY ORDERED**:

　　1. Defendants' March 24, 2006 request for extension of time is granted; and

　　2. Defendants' April 3, 2006 response is deemed timely filed.

DATED: April 7, 2006.

　　　　　　　　　　　　　　　　_/s/ John F. Moulds_
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/stew0139.ext

Order

1