IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL STEWART,

    Plaintiff,                              No. CIV S-03-0149 FCD PAN P

    vs.

D. RUNNELS, et al.,

    Defendants.                      <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On May 23, 2006, plaintiff filed a request for an extension of time to file motions for the attendance of incarcerated witnesses at trial. Due to the pendency of defendants' April 24, 2006 motion for summary judgment, and good cause appearing, plaintiff's motion will be granted. The court will, by this order, reset the dates for filing pretrial statements and for pretrial conference. The date for jury trial will be reset, as appropriate, by subsequent court order.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 23, 2006 request for an extension of time is granted;

        2. Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial on or before October 27, 2006. Defendants shall file

their pretrial statement on or before November 10, 2006.  The parties are advised that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action.

    3.  Pretrial conference (as described in Local Rule 16-282) is reset in this case to November 17, 2006, before the magistrate judge.  The pretrial conference shall be conducted on the file only, without appearance by either party.

    4.  The jury trial set for August 29, 2006 before the Honorable Frank C. Damrell, Jr. is vacated and will be reset, as appropriate, by subsequent order of court.

DATED: May 31, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
stew0149.41r