IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STEWART,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>D. RUNNELS, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 2:03-cv-00149 FCD-EFB<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER** |

　　　　On October 18, 2006, defendants filed a motion to modify the scheduling order pending resolution of defendants' motion for summary judgment filed on April 10, 2006. The court has considered defendants' motion to modify the scheduling order in this matter, and good cause appearing, the request will be granted.

　　　　In accordance with the above, IT IS HEREBY ORDERED that the current scheduling order, issued June 2, 2006, is vacated pending a decision on defendants' motion for summary judgment. The pretrial conference, and the dates for the parties to file their pretrial statements, shall be rescheduled if need be after the court has ruled on the motion.

Dated: November 8, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE