IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL STEWART,

    Plaintiff,                      No. CIV S-03-0149 FCD EFB P

    vs.

D. RUNNELS, et al.,

    Defendants.           <u>ORDER</u>

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve his objections to the magistrate judge's findings and recommendations. *See* Fed. R. Civ. P. 6(b).

        Plaintiff's March 20, 2007, request is granted and plaintiff has 30 days from the date this order is served to file and serve objections to the findings and recommendations.

        So ordered.

Dated: March 30, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE