1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10      MICHAEL STEWART,

11                   Plaintiff,                          No. CIV S-03-0149 FCD EFB P

12             vs.

13      D. RUNNELS, et al.,

14                   Defendants.                         <u>ORDER</u>

15      _____/

16             Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17      seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18      Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19             On February 21, 2007, the magistrate judge filed findings and recommendations

20      herein which were served on all parties and which contained notice to all parties that any

21      objections to the findings and recommendations were to be filed within twenty days.  Plaintiff

22      has filed objections to the findings and recommendations.

23             In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24      304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the

25      entire file, the court finds the findings and recommendations to be supported by the record and

26      by proper analysis.

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.  The findings and recommendations filed February 21, 2007, are adopted in

3    full; and

4          2. Plaintiff's January 24, 2006, motion for a preliminary injunction is denied.

5    DATED: May 22, 2007.

6

7

8                                        FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2