IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL STEWART,

      Plaintiff,

vs.

D. RUNNELS, et al.,

      Defendants.

No. CIV S-03-0149 FCD EFB P

ORDER

Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On September 10, 2007, the court issued findings and recommendations, recommending that summary judgment be granted in favor of defendants. On October 4, 2007, plaintiff filed a request for an extension of time to file and serve objections to the findings and recommendations. *See* Fed. R. Civ. P. 6(b).

Plaintiff's October 4, 2007, request is granted and plaintiff has 30 days from the date this order is served to file and serve objections to the findings and recommendations.

So ordered.

Dated: October 9, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE